LEVY, Respondent, v. BURWELL, Appellant. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Charles M. Levy against Edmund S. Bur-

well. W. C. Rosenberg, of New York City, for appellant. J. I. Berman, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.